

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2014

No. 04-14-00035-CR

Stephen Anthony **BERNAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR7017
Honorable Olin B. Strauss, Judge Presiding

## O R D E R

Appellant filed a document entitled Motion for Leave to File Late Notice of Appeal in the trial court; however, appellant did not file a notice of appeal. A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A late notice of appeal may be considered timely so as to invoke a court of appeals' jurisdiction if (1) it is filed within fifteen days of the last day allowed for filing, (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and (3) the court of appeals grants the motion for extension of time. *See id.* Although the Texas Court of Criminal Appeals may consider appellant's filing of the motion in determining whether appellant should be entitled to an out-of-time appeal, *see Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure), we do not construe the motion as a notice of appeal. *See Roberts v.* State, 270 S.W.3d 662 (Tex. App.—San Antonio 2008, no pet.); *Rivera v. State*, 940 S.W.2d 148, 149 (Tex. App.—San Antonio 1996, no pet.). It is therefore ORDERED that appellant show cause in writing within two weeks from the date this order is signed why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are suspended until further order of this court.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2014.

_____

Keith E. Hottle
Clerk of Court

